**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GRENELL, CHRISTINE L. § Case No. 16-81389
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $141,673.00         Assets Exempt: $9,073.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,910.00     Claims Discharged
                                                Without Payment: $92,970.90

Total Expenses of Administration: $2,090.00

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $124,619.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,090.00 | 2,090.00 | 2,090.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,830.90 | 4,420.01 | 4,420.01 | 1,910.00 |
| **TOTAL DISBURSEMENTS** | $219,449.90 | $6,510.01 | $6,510.01 | $4,000.00 |

4) This case was originally filed under Chapter 7 on June 07, 2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2017         By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Herco Graphics Products 1000 shares | 1110-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Gateway One Lending & Finance | 4110-000 | 14,116.00 | N/A | N/A | 0.00 |
| NOTFILED | Ditech Financial LLC | 4110-000 | 95,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 4110-000 | 14,618.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$124,619.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,040.00 | 1,040.00 | 1,040.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,090.00 | $2,090.00 | $2,090.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 3,618.63 | 3,643.63 | 3,643.63 | 1,574.51 |
| 2 | Capital One NA | 7100-000 | 751.38 | 776.38 | 776.38 | 335.49 |
| NOTFILED | Gary Klawinski | 7100-000 | 89,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 872.84 | N/A | N/A | 0.00 |
| NOTFILED | GAP | 7100-000 | 248.05 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $94,830.90 | $4,420.01 | $4,420.01 | $1,910.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81389  
**Case Name:** GRENELL, CHRISTINE L.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/07/16 (f)  
**§341(a) Meeting Date:** 07/07/16  

**Period Ending:** 03/19/17  
**Claims Bar Date:** 10/26/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Herco Graphics Products 1000 shares<br>    See Order to Compromise Controversy entered August 17, 2016. | 11,593.00 | 11,593.00 | | 4,000.00 | FA |
| 2 | 4913 County Road G, Eagle River, WI 54521 | 120,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 5,165.00 | 0.00 | | 0.00 | FA |
| 4 | Savings: Chase Bank of McHenry | 106.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Chase Bank of McHenry | 192.00 | 0.00 | | 0.00 | FA |
| 6 | Security deposit: Landlord, Barbara Stoffel of M | 1,100.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Golf clubs | 90.00 | 0.00 | | 0.00 | FA |
| 12 | 1/2016 Cash loan to Daughter moving expenses | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 Ford Escape, 76000 miles. Entire property v | 11,500.00 | 0.00 | | 0.00 | FA |
| 14 | 9 year old Doberman (fixed) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $153,266.00 | $11,593.00 | | $4,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 13, 2016      **Current Projected Date Of Final Report (TFR):**    December 13, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81389  
**Case Name:** GRENELL, CHRISTINE L.  
**Taxpayer ID #:** **-***4442  
**Period Ending:** 03/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/16 | {1} | Charles T. Reilly | stock buyout re Herco Graphic Products, Inc. | 1110-000 | 4,000.00 | | 4,000.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,970.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,950.00 |
| 01/26/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,040.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,040.00 | 2,910.00 |
| 01/26/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 1,910.00 |
| 01/26/17 | 103 | Capital One Bank (USA), N.A. | Dividend paid 43.21% on $3,643.63; Claim# 1; Filed: $3,643.63; Reference: | 7100-000 | | 1,574.51 | 335.49 |
| 01/26/17 | 104 | Capital One NA | Dividend paid 43.21% on $776.38; Claim# 2; Filed: $776.38; Reference: | 7100-000 | | 335.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,000.00 | 4,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$4,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0866 | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |